Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | NO. 07-264RSM |
| vs. | ) ) ) | ORDER EXTENDING SELF-SURRENDER DATE TO BUREAU OF PRISONS |
| TRINA L. CALDWELL, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come on upon the motion of the Defendant to extend the date by which the Defendant must self-surrender to the Bureau of Prisons and the Court having reviewed the relevant pleadings and being advised on the premises,

NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the date by which this Defendant, Trina L. Caldwell, must self-surrender to the Bureau of Prisons is hereby extended to the 27th of June, 2008.

Dated this 21st day of February, 2008.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING
SELF-SURRENDER DATE

1

Law Offices of Lee Covell
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644