UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRINA LYNETTE CALDWELL,<br><br>Defendant. | NO. CR07-264-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 19, 2012.  The United States was represented by Assistant United States Attorney Jeffrey Backus for Vince Lombardi, and the defendant by Lee Covell.

The defendant had been charged with Bank Fraud, in violation of 18 U.S.C. § 1344 and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2.  On or about February 1, 2008, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of 60 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, and $30,647.70 restitution.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated October 25, 2012, U.S. Probation Officer Jennifer Van Flandern asserted the following violation by defendant of the conditions of her supervised release:

1. Associating with a convicted felon, Fred Curtis, between April and October 2012, without permission to do so by the probation office, in violation of standard condition number 9.

The defendant was advised of her rights, acknowledged those rights, and admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 1, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on November 30, 2012 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 19th day of November, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:           Honorable Ricardo S. Martinez
      AUSA:                     Vince Lombardi
      Defendant's attorney:     Lee Covell
      Probation officer:        Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2